Before the First Division, January 27, 1966

**No. 69757.**—Kurt S. Adler, Inc. *v.* United States, protests 327822–K, 58/22344, and 58/24632 (New York).

Opinion by Oliver, J.   In accordance with stipulation of counsel that the items marked "A" consist of figures of polystyrene used as Christmas tree ornaments and that they most resemble in use similar figures composed of cellulose acetate, the claim at 20 or 19 percent ad valorem, depending upon the date of entry, under the provision in paragraph 31(a)(2), as modified by the General Agreement on Tariffs and Trade (T.D. 51802), or by the Sixth Protocol to the General Agreement on Tariffs and Trade (T.D. 54108), for cellulose acetate articles was sustained.   The items marked "G," stipulated to consist of plastic paperweights similar in all material respects to those the subject of Abstract 67488, were held dutiable at 30 percent under the provision in paragraph 218(f), as modified by the Japanese Protocol to the General Agreement on Tariffs and Trade (T.D. 53865), supplemented by Presidential proclamation (T.D. 53877), for blown glass articles, not cut or engraved, as claimed.

**No. 69758.**—Davis Products, Inc. *v.* United States, protest 64/1065 (Los Angeles).

Opinion by Oliver, J.   In accordance with stipulation of counsel that the merchandise consists of inflatable vinyl Santa Claus and reindeer sets which are Christmas decorations, are not chiefly used for the amusement of children, are made of vinyl plastic without any filler material, and are most similar in use to inflatable Christmas decorations of rubber, the claim of the plaintiff is sustained.